UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEDRICK TREVON DARROUGH, SR.
ADC #137735                                                                                    PLAINTIFF

v.                                  5:19-cv-00144-JM-JJV

JAMES BEASLEY, Corporal,
Tucker Unit, ADC; *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his failure to protect claim against Defendants Coleman, Beasley, Suell, and Williams.

2. All other allegations against Defendants Coleman, Beasley, Suell, and Williams are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

3. All claims against Defendants Ford, Hurst, Paige, Payne, and Kelley are DISMISED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE