# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEDRICK TREVON DARROUGH, SR.
ADC #137735                                                                         PLAINTIFF

v.                              5:19-cv-00144-JM-JJV

JAMES BEASLEY, Corporal,
Tucker Unit, ADC; *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering these documents and making a *de novo* review of the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 30) is GRANTED, and Plaintiff's claims against Defendants Beasley, Coleman, Suell, and Williams are DISMISSED WITH PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 4th day of May, 2020.

                                                                         UNITED STATES DISTRICT JUDGE