**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KEDRICK TREVON DARROUGH, SR.
ADC #137735                                                                                                   PLAINTIFF

v.                                              5:19-cv-00144-JM-JJV

JAMES BEASLEY, Corporal,
Tucker Unit, ADC; *et al.*                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 4th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE